**JS-6**

DENNIS J. WALSH, ESQ. (SBN 106646)
STEPHAN BIRGEL, ESQ. (SBN 176668)
WALSH & ASSOCIATES, APC
16633 VENTURA BLVD., STE. 1210
ENCINO, CA 91436
TELEPHONE: (818) 986-1776
FACSIMILE:  (818) 382-2064

EMAIL:   dwalsh@walshlawyers.com
         sbirgel@walshlawyers.com

Attorneys for Defendants,
The Board of Trustees of the California State University, a Public Entity; Charles Reed, a Public Entity Employee; Gail Brooks, a Public Entity Employee; Maria Santos, a Public Entity Employee; C. Richard Barnes; John Swarbrick; C. Richard Barnes and Associates, LLC

UNITED STATES DISTRICT COURT OF CALIFORNIA

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL BLOCK,<br><br>    Petitioner<br><br>    vs.<br><br>THE BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY; and CHARLES REED (in his official capacity),<br><br>    Respondents<br>_____<br><br>JOEL BLOCK,<br><br>    Plaintiff,<br><br>    vs.<br><br>THE BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY; and CHARLES REED (in his official and personal capacities), GAIL BROOKS, MARIA SANTOS, C. RICHARD BARNES, JOHN SWARBRICK; and DOES 1 through 50, inclusive; C. RICHARD BARNES AND ASSOCIATES, LLC,<br><br>    Defendants.<br>_____ | USDC Case No.: CV09-2273 VBF (MANx)<br><br>ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE |

1

STIPULATION OF DISMISSAL WITH PREJUDICE

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

IT IS HEREBY STIPULATED by and between JOEL BLOCK, Petitioner and Plaintiff, and THE BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY, a public entity; CHARLES REED, a public entity employee; GAIL BROOKS, a public entity employee; MARIA SANTOS, a public entity employee; C. RICHARD BARNES; JOHN SWARBRICK; C. RICHARD BARNES AND ASSOCIATES, LLC, Respondents and Defendants, that the above-captioned action, including all claims, counterclaims, and affirmative defenses, be and hereby is dismissed with prejudice pursuant to *Federal Rules of Civil Procedure* §41(a)(1)(ii).

Notwithstanding the dismissal of this action, the parties hereby stipulate and respectfully request that the Court retain jurisdiction to oversee compliance with the terms of this Agreement and to resolve any motions to modify such terms.

DATED: October 29, 2009            WALSH & ASSOCIATES, APC

By: _____
DENNIS J. WALSH, ESQ.
STEPHAN BIRGEL, ESQ.
Attorneys for Defendants,
THE BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY, a public entity; CHARLES REED, a public entity employee; GAIL BROOKS, a public entity employee; MARIA SANTOS, a public entity employee; C. RICHARD BARNES; JOHN SWARBRICK; C. RICHARD BARNES AND ASSOCIATES, LLC

DATED: October ___, 2009           Joel Block, in Propria Persona

By: _____
JOEL BLOCK, ESQ.
Attorneys for Plaintiff in Propria Persona

**IT IS SO ORDERED.**

**DATED: November 17, 2009**

*Valerie Baker Fairbank*
**JUDGE OF THE UNITED STATES DISTRICT COURT**